# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA PETRO,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>　　　　　　Defendant. | CIVIL ACTION<br><br>NO. 09-2900<br><br>**FILED**<br>OCT 19 2010<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

## ORDER

AND NOW, this 19th day of October, 2010, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review filed November 17, 2009; upon consideration of Defendant's Response to Plaintiff's Request for Review filed December 18, 2009; Plaintiff's Reply Brief filed on January 12, 2010, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, IT IS ORDERED that:

　　1.　the Report and Recommendation is APPROVED and ADOPTED;

　　2.　the relief sought by Plaintiff is GRANTED in part as described below;

　　3.　the case is REMANDED to the Commissioner in accordance with the fourth sentence of 42 U.S.C. § 405(g) in accordance with the Report and Recommendation; and

5. the Clerk of Court shall CLOSE this matter statistically.

BY THE COURT:

_____
JOHN P. FULLAM, J.